

W.C. Haley
(1912-1996)
Lyndon L. Olson, Sr.
(1925-2005)

Herbert S. Bristow
Blake Rasner
Leslie A. Palmer, Jr.
Charles D. Olson
Daniel A. Palmer
Shad Robinson
Craig D. Cherry
Joshua J. White
Michael W. Dixon
Brandon R. Oates
Lute S. Barber
Benjamin D. Evans

Of Counsel:
David E. Cherry
Richard J. Vander Woude

July 6, 2016

Don Tittle
6301 Gaston Avenue, Suite 440
Dallas, Texas 75214

    Re:    Case No. 16-CV-00648-SS; *Theron Rhoten, Jonathan Lopez, and Ryan William Craft v. Brent Stroman, Manuel Chavez, Abelino Reyna, John Doe*; In the United States District Court, Western District of Texas, Austin Division

Dear Don:

    This letter is to verify the agreement and understanding of all of the Plaintiffs and all of the Defendants in the above-referenced cases. **Defendants agree that there is no need for Plaintiffs to serve the Defendants and that the Defendants will voluntarily respond to the complaint in accordance with whatever filings they are allowed to file under the Federal Rules of Civil Procedure or law on the date set forth below.**

    **Defendants shall respond to the complaints by 5:00 p.m., CST on September 2, 2016.**

Sincerely,

HALEY & OLSON
A PROFESSIONAL CORPORATION

/s/ Michael W. Dixon
Michael W. Dixon
Attorney for Brent Stroman and Manuel Chavez
MICHAEL W. DIXON
State Bar No. 05912100
Email:  mdixon@haleyolson.com
HALEY & OLSON, P.C.
Triangle Tower, Suite 600
510 North Valley Mills Drive
Waco, Texas 76710
Telephone:     (254) 776-3336
Telecopier:    (254) 776-6823

AGREED:


/s/ Don Tittle
Don Tittle, Attorney for Plaintiffs
State Bar No. 20080200
don@dontittlelaw.com
LAW OFFICES OF DON TITTLE, PLLC
6301 Gaston Avenue, Suite 440
Dallas, Texas 75214
(214) 522-8400
(214) 389-1002 – Fax


/s/ Stephen Henninger
Stephen Henninger, Attorney for Defendant
Abelino "Abel" Reyna
State Bar No. 00784256
shenninger@fhmbk.com
FANNING HARPER MARTINSON
BRANDT & KUTCHIN
A Professional Corporation
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)