IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THERON RHOTEN, JONATHAN LOPEZ and RYAN WILLIAM CRAFT, § § § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | CIVIL ACTION |
| § | | |
| BRENT STROMAN, MANUEL CHAVEZ, ABELINO "ABEL" REYNA and JOHN DOE § § § § | | NO. 1:16-CV-00648 |
| Defendants. § | | |

## JOINT MOTION FOR AGREED STAY OF PROCEEDINGS

NOW COME Plaintiffs, THERON RHOTEN, JONATHAN LOPEZ and RYAN WILLIAM CRAFT, and Defendants, BRENT STROMAN, MANUEL CHAVEZ and ABELINO REYNA, and file this their Joint Motion for Agreed Stay of Proceedings, and would respectfully show unto the Court as follows:

1. This case involves individuals who were arrested for charges arising out of the Twin Peaks Waco incident. By its ruling in *Bucy v. Stroman, et* al, Case No. A-15-CA-1040-SS, [Order Granting Stay, Doc. 41], the Court has indicated its position on the cases involving the indicted individuals. Plaintiffs assert that the stay analysis should be different for the cases involving unindicted individuals, and Defendants Stroman and Chavez assert that the analysis is the same. However, despite their difference of opinion on this matter, the parties agree that a brief agreed stay may be beneficial.

2. Therefore, the parties jointly seek a stay of this case until January 16, 2017 and request that the motions for stay, motions to transfer venue, and motions to dismiss of the Defendants, along with all other proceedings in this case, be held in abeyance for the period of the agreed stay.

3. At the end of the agreed stay period the parties will submit a motion either requesting an extension of the agreed stay, or notifying the Court that no such agreement can be reached and requesting that, after the Plaintiffs are given an opportunity to respond and any reply by the Defendants, the Court rule on the motion for stay pending before this Court.

4. If there is a change in circumstances during this stay that a party believes justifies a lifting of the stay, the party may file a motion to lift the stay explaining the changed circumstances and why such justify the lifting of the stay.

Respectfully submitted,

By: __/s/ *Don Tittle*_____
        DON TITTLE
        State Bar No. 20080200
        Email: don@dontittlelaw.com
**LAW OFFICES OF DON TITTLE, PLLC**
6301 Gaston Avenue, Suite 440
Dallas, Texas 75214
Telephone:     (214) 522-8400
Telecopier:     (214) 389-1002
ATTORNEYS FOR PLAINTIFFS

Respectfully submitted,

By: __/s/ *Charles D. Olson*____
        CHARLES D. OLSON
        State Bar No. 15273200
        Email: colson@haleyolson.com
        MICHAEL W. DIXON
        State Bar No. 05912100
        Email:  mdixon@haleyolson.com
**HALEY & OLSON, P.C.**
510 North Valley Mills Drive, Suite 600
Waco, Texas 76710
Telephone:     (254) 776-3336
Telecopier:     (254) 776-6823
ATTORNEYS FOR DEFENDANTS
BRENT STROMAN and MANUEL CHAVEZ

Respectfully submitted,

By: */s/ Stephen D. Henninger*
    THOMAS P. BRANDT
    State Bar No. 02883500
    Email: tbrandt@fhmbk.com
    STEPHEN D. HENNINGER
    State Bar No. 00784256
    Email: shenninger@fhmbk.com

**FANNING, HARPER, MARTINSON,**
**BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
Telephone:   (214) 369-1300
Telecopier:   (214) 987-9649
ATTORNEYS FOR DEFENDANT
ABELINO "ABEL" REYNA