UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **THERON RHOTEN, JONATHAN LOPEZ, RYAN WILLIAM CRAFT,**  **Plaintiffs,**  v.  **CHIEF BRENT STROMAN, IN HIS INDIVIDUAL CAPACITY; DET. MANUEL CHAVEZ, IN HIS INDIVIDUAL CAPACITY; DISTRICT ATTORNEY ABELINO REYNA, IN HIS INDIVIDUAL CAPACITY; MCLENNAN COUNTY, TEXAS, ASSISTANT CHIEF ROBERT LANNING, IN HIS INDIVIDUAL CAPACITY; DET. JEFFREY ROGERS, IN HIS INDIVIDUAL CAPACITY; PATRICK SWANTON, IN HIS INDIVIDUAL CAPACITY; STEVEN SCHWARTZ, IN HIS OFFICIAL CAPACITY; AND CHRISTOPHER FROST, IN HIS OFFICIAL CAPACITY;**  **Defendants.** | CIVIL NO. A-16-CV-00648-ADA |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 116. The report recommends Plaintiffs' Motion for Entry of Final Judgment Against McLennan County and the City of Waco, ECF No. 110, be **DENIED**. The report and recommendation was filed on April 16, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 116, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion, ECF No. 110, is **DENIED**.

**SIGNED** this 2nd day of May, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE